AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

United States of America
v.
Nicholas A. Chiappetta, II

Defendant(s)

Case No. 3:26-mj-00199

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 21 - 30, 2026 in the county of Ouachita Parish in the Western District of Louisiana, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications Containing Threats |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Kaira Simmons, FBI Special Agent

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/14/2026

*Judge's signature*

City and state: Monroe, Louisiana

Kayla D. McClusky, United States Magistrate Judge

*Printed name and title*