**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 3:26-MJ-00199-01** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **NICHOLAS A. CHIAPPETTA II (01)** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**MINUTES OF COURT:**
**Initial Appearance**

| | | | |
|---|---|---|---|
| Date: | 08/31/26 | Presiding: Mag. Judge Kayla D. McClusky | |
| Court Opened: | 10:20 a.m. | Courtroom Deputy: | Angela LeDay |
| Court Adjourned: | 10:45 a.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | 00:25 | Courtroom: | Video Conference |
| | | Probation Officer: | Mark Miller, standing in for Jacob Womack |

**APPEARANCES**

| | | |
|---|---|---|
| Samuel Crichton (AUSA) | For | United States of America |
| Holly Merriam (AFPD) | For | Nicholas A Chiappetta II (01) Defendant |
| Nicholas A Chiappetta II (01) Defendant | | (LOCATION CUSTODY) |

**PROCEEDINGS**

All parties appeared via video conference. This proceeding was conducted by Video Conference with the oral consent of defendant.

**INITIAL APPEARANCE:**
Defendant sworn.
Defendant admitted his identity.
Defendant advised of charges in the Complaint, maximum penalties & rights.

**MOTIONS:**
Oral Motion for Appointment of Counsel by Defendant.
Oral Motion for Detention by the Government.
Oral Motion to Unseal the Complaint by the Government.

**ORAL ORDER:**
Order granting the Government’s Motion to Unseal the Complaint.

On the basis of the evidence in the record, the court finds that defendant does not have the financial resources to retain counsel. The motion is granted and Holly Merrian, of the Office of the Public Defender, is hereby appointed to represent defendant in all further proceedings.

**DETENTION HEARING/PRELIMINARY HEARING:**
A Detention Hearing is deferred at this time, pending additional information.

Defendant is temporarily detained pending the issuance of an Indictment.

**NOTE:** This matter should go before the Grand Jury on September 9th, 2026.
If an Indictment is issued the Preliminary Hearing will be changed to an Arraignment.

**NEXT:**
Preliminary Hearing set September 9, 2026 at 10:30 a.m. by Zoom, before Magistrate Judge Kayla McClusky, in Monroe LA.