RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SEP 10 2026
DANIEL J. McCOY, CLERK
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

UNITED STATES OF AMERICA

v.

NICHOLAS A. CHIAPPETTA, II,
a.k.a. "THORN CROWNED,"
a.k.a. "@DIVINEGUIDESME,"
a.k.a. "APPOLLYON83,"

Defendant

_______________________________________/

18 U.S.C. § 875(c)

3:26-cr-00354-01
Judge Doughty
Magistrate Judge McClusky

# INDICTMENT

The Federal Grand Jury charges:

## COUNT 1
**Transmitting Threats Through Interstate Commerce**
[18 U.S.C. § 875(c)]

On or about July 30, 2026, in the Western District of Louisiana, and elsewhere, the defendant,

**NICHOLAS A. CHIAPPETTA, II,**
**a.k.a. "THORN CROWNED,"**
**a.k.a. "@DIVINEGUIDESME,"**
**a.k.a. "APPOLLYON83,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, harm or murder children, in posts on one or more social media platforms sent through the Internet, the defendant stated that:



with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

**COUNT 2**
**Transmitting Threats Through Interstate Commerce**
[18 U.S.C. § 875(c)]

On or about July 30, 2026, in the Western District of Louisiana, and elsewhere, the defendant,

**NICHOLAS A. CHIAPPETTA, II,**
**a.k.a. "THORN CROWNED,"**
**a.k.a. "@DIVINEGUIDESME,"**
**a.k.a. "APPOLLYON83,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, harm or murder children, in posts on one or more social media platforms sent through the Internet, the defendant stated that:

> **Thorn Crowned**
> @DivineGuidesMe
>
> This new rifle with these 30 rounders is gonna sing in y'all's kids school hallways and classrooms
>
> 9:20 PM · Jul 30, 2026 · **11** Views

with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

**COUNT 3**
**Transmitting Threats Through Interstate Commerce**
[18 U.S.C. § 875(c)]

On or about July 31, 2026, in the Western District of Louisiana, and elsewhere, the defendant,

**NICHOLAS A. CHIAPPETTA, II,**
**a.k.a. "THORN CROWNED,"**
**a.k.a. "@DIVINEGUIDESME,"**
**a.k.a. "APPOLLYON83,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, harm or murder children, in posts on one or more social media platforms sent through the Internet, the defendant stated that:


Thorn Crowned
@DivineGuidesMe
I'ma kill your fucking kids you stupid nigger bitches
4:50 AM · Jul 31, 2026 · 9 Views

with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

**<u>COUNT 4</u>**
**Transmitting Threats Through Interstate Commerce**
[18 U.S.C. § 875(c)]

On or about July 31, 2026, in the Western District of Louisiana, and elsewhere, the defendant,

**NICHOLAS A. CHIAPPETTA, II,**
**a.k.a. "THORN CROWNED,"**
**a.k.a. "@DIVINEGUIDESME,"**
**a.k.a. "APPOLLYON83,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, harm or murder children, in posts on one or more social media platforms sent through the Internet, the defendant stated that:

> **Thorn Crowned**
> @DivineGuidesMe
>
> I look forward to causing you to suffer by forcing you to bury your children instead of them burying you stupid trashy niggers
> All of you deserve to die and you will but it will hurt you more to know you are the reason for innocent children's deaths
>
> 1:19 PM · Jul 31, 2026 · **13** Views

with the intent to communicate a threat and with the knowledge that it would be viewed as a threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

REDACTED

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

SAMUEL SCOTT CRICHTON
ASSISTANT UNITED STATES ATTORNEY